**Marguerite S. BAER, Donee and Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12758.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.

**Ernest Henry BANASZAK, Appellant, v. UNITED STATES of America, Appellee.**

No. 9967.

Circuit Court of Appeals, Sixth Circuit.

May 24, 1945.

U.S.A. Heggblom, of Detroit, Mich., for appellant.

Joseph F. Deeb, of Grand Rapids, Mich., for the United States.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to the order of this court, entered April 2, 1945, it is now here ordered and adjudged by this court that the judgment of the District Court in this cause be and the same is hereby affirmed upon the authority of the opinion this day announced in the case of Dervin Bartlet Wolfe v. United States of America, 6 Cir., 149 F.2d 391. Mandate to issue forthwith.

**Corbett BISHOP, Appellant, v. UNITED STATES of America, Appellee.**

No. 10022.

Circuit Court of Appeals, Sixth Circuit.

May 25, 1945.

U.S.A. Heggblom, of Detroit, Mich., for appellant.

Joseph F. Deeb, of Grand Rapids, Mich., for the United States.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to joint motion of counsel for appellant and appellee, filed herein on April 6, 1945, and upon consideration of the motion of United States Attorney, this day filed; it is ordered that this case be placed upon the docket of this Court and the judgment of the District Court is hereby affirmed upon authority of the opinion of this Court in the case of Dervin Bartlet Wolfe v. United States of America, 6 Cir., 149 F. 2d 391, announced May 24, 1945. Mandate to issue forwith.